**George R. LEACH, Plaintiff— Appellant,**

v.

**Gene R. NICHOL, President of the College of William and Mary; Board of Visitors, The College of William and Mary, Defendants—Appellees.**

No. 07–1630.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 16, 2007.

Decided: Dec. 3, 2007.

George R. Leach, Appellant Pro Se. John Frederick Knight, Deborah A. Love, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before NIEMEYER, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George R. Leach appeals the district court's order dismissing his suit under 42 U.S.C. § 1983 (2000) for lack of subject matter jurisdiction and for failure to state a claim. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Leach v. Nichol*, No. 4:07–cv–00012–JBF, 2007 WL 1574409 (E.D.Va. May 29, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*